# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV13-06627 JAK (000x) | Date | December 2, 2013 |
| Title | Ralph Alderete v. Wells Fargo Bank NA, et al. | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Nathaniel Marston | Jessica M. Iglesias |
| | Richard A. Amador |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT AND FOR ATTORNEY'S FEES (DKT. 8)**

**SCHEDULING CONFERENCE**

The motion hearing is held. The Court states its tentative views that it is inclined to deny Plaintiff's Motion to Remand Action to State Court and for Attorney's Fees (the "Motion"). Counsel address the Court. The Court adheres to its tentative views and DENIES the Motion without prejudice to supplemental briefing to be filed by December 16, 2013 with respect to the Plaintiff's citizenship.

The scheduling conference is held. The Court confers with counsel regarding the status of the case and the parties' November 22, 2013 Joint Report and sets the following deadlines:

| | |
|---|---|
| December 31, 2013: | Last day to amend or add parties |
| March 14, 2014: | Last day to participate in a settlement conference/mediation |
| March 24, 2014 at 1:30 p.m.: | Post Mediation Status Conference |
| June 30, 2014: | Non-Expert Discovery Cut-Off |
| July 7, 2014: | Initial Expert Disclosures |
| July 21, 2014: | Rebuttal Expert Disclosures |
| August 4, 2014: | Expert Discovery Cut-Off |
| August 4, 2014: | Last day to hear motions |
| September 29, 2014 at 3:00 p.m.: | Final Pretrial Conference / Motions in Limine |

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV13-06627 JAK (000x) | Date | December 2, 2013 |
|---|---|---|---|
| Title | Ralph Alderete v. Wells Fargo Bank NA, et al. | | |

October 10, 2014 at 3:00 p.m.:     Status Conference re Exhibits

October 14, 2014 at 9:00 a.m.:     Jury Trial (est. 3 days)

The Court grants the parties' request to participate in a settlement conference with Magistrate Judge Jacqueline Chooljian. Counsel shall contact Judge Chooljian's Clerk by December 3, 2013 to schedule a date keeping in mind that the parties are ordered to have a representative with authority to make final decisions as to this matter, present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on March 24, 2014, if such notice is filed on or before March 18, 2014. If a notice of settlement is not filed, counsel shall file a joint report by March 18, 2014, regarding the status of settlement and whether a second session would be productive, which shall not disclose the substantive contents of any settlement communications between the parties.

Counsel for all parties shall comply with this Court's standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference.

**IT IS SO ORDERED.**

|  | : | 10 |
|---|---|---|
| Initials of Preparer | ak | |