|1
|2
|3
|4
|5
|6
|7
|8
|9
|10
|11
|12
|13
|14
|15
|16
|17
|18
|19
|20
|21
|22
|23
|24
|25
|26
|27
|28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RALPH ALDERETE, | ) CASE NO. 2:13-cv-6627-JAK-JCX |
|---|---|
| Plaintiff, | ) [Assigned to the Hon. John A. Kronstadt] |
| v. | ) |
| WELLS FARGO & COMPANY and DOES 1 through 50, Inclusive, | ) **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| Defendants. | ) **JS-6** |

ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

|     |                                                                                     |
| --- | ----------------------------------------------------------------------------------- |
| 1   | **ORDER**                                                                           |
| 2   | Having considered the Stipulation to Dismiss Entire Action with Prejudice           |
| 3   | submitted by Plaintiff Ralph Alderete and Defendant Wells Fargo Bank, N.A., this    |
| 4   | action is dismissed in its entirety with prejudice.                                 |
| 5   |                                                                                     |
| 6   | **SO ORDERED.**                                                                     |
| 7   |                                                                                     |
| 8   | Dated: November 7, 2014          _____                     |
| 9   |                                  JOHN A. KRONSTADT                                  |
|     |                                  UNITED STATES DISTRICT JUDGE                       |

1
ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE